UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIE C. RUCKER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>A. P. KANE,<br><br>　　　　Respondent. | No. EDCV 06-564 VBF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  March 14, 2011 

　　　　　　　　　　　　　　　　　　　/s/ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　VALERIE B. FAIRBANK
　　　　　　　　　　　　　　　　　　　United States District Judge